JAMES MATERA & others *vs.* MUNICIPAL COURT OF THE CITY OF BOSTON. June 12, 1975. The plaintiffs appeal from a judgment dismissing their petition which asked a single justice of this court to exercise the court's power of general superintendence under G. L. c. 211, § 3. The plaintiffs' grievance could be raised in criminal proceedings pending against them in the Superior Court, and appellate review obtained thereafter, if necessary. There was no error in denying relief under G. L. c. 211, § 3. *Whitmarsh* v. *Commonwealth,* 366 Mass. 212, 215 (1974), app. dism. 421 U. S. 957 (1975). *Costarelli* v. *Municipal Court of the City of Boston,* 367 Mass. 35, 41-42 (1975).

*Judgment affirmed.*

*Lester M. Gold* for the plaintiffs.

*Kevin J. Riordan,* Special Assistant Attorney General, for the defendant.